

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00374-CV

**IN RE** Francisco J. **AGUERO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  July 8, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On June 22, 2015, relator Francisco J. Aguero filed a petition for writ of mandamus complaining of the trial court's order establishing child support amounts and entering a judgment for arrears in the underlying civil proceeding. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Relator has failed to establish that he lacks an adequate remedy by appeal. *See Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (mandamus will only issue to correct a clear abuse of discretion when there is no adequate remedy at law); *see also In re Finley*, No. 03-03-00095-CV, 2003 WL 1339413, at *1 (Tex. App.—Austin March 20, 2003, orig. proceeding) (denying mandamus challenging child support order because

---

[1] This proceeding arises out of Cause No. 1999CVG000760 C1, styled *In the Interest of F.J.A., A Child*, pending in the County Court at Law No. 1, Webb County, Texas, the Honorable Hugo Martinez presiding.

of adequate remedies at law). Accordingly, the petition for writ of mandamus is denied. *See* Tex.

R. App. P. 52.8(a).

PER CURIAM